| IN RE: | UNITED STATES BANKRUPTCY COURT | |
|---|---|---|
| | WESTERN DISTRICT OF LOUISIANA | |
| **RICHARD RHODES** | **LAKE CHARLES DIVISION** | **CASE NO.: 13- 20164** |
| **DOROTHY RHODES** | | |
| Debtor(s) | | **CHAPTER 13** |

## AMENDED CHAPTER 13 PLAN PRE-CONFIRMATION (6-28-13)

**Reasons for Modification:** This plan amends the original plan filed February 27, 2013. This pleading is a pre-confirmation modification of Debtor(s) Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The changes to the original plan are indicated in *italics*, and underlined.

> 1.) The trustee's objection as to liquidation is cured herein.
> 2.) The amount payable to general unsecured creditors is increased herein.
> 3.) This plan adjusts the amount payable to Santander Consumer USA in accordance with the allowed secured claim.
> 4.) Wells Fargo Bank NA filed a secured claim, reflected herein.
> 5.) The term of the plan is extended by one (1) month in order to keep Debtors within budget.
> *6.) The Trustee's objection is cured herein.*

NUMBER OF MONTHS: *57* **mos.**

PAYMENT AMOUNT: **$400.00 per month** *for 4 months; then $500.00 per month for the remaining 53 months of the plan*

FIRST PMT. DUE DATE: **March 29th, 2013**

ADDITIONAL PLEDGES: **Debtor(s) shall remit to the Trustee copies of Federal and State tax returns** (the paperwork) required to be filed for each year you are in your plan, and any proceeds received from tax refunds (the money) in excess of $2,250.00 (Inclusive of EIC),  for tax years 12, 13, and 14.

\* ½ of net proceeds from a lawsuit against Dollar General represented by : Wiggins, Childs, Quinn & Pantazis LLC - 301 19th Street North Birmingham, AL 35203

### I. DIRECT PAYMENTS

A. **Calcasieu Parish Tax Collector**, may have a claim for property taxes due. Debtor(s) shall pay this directly "outside" the plan.

B. **OCWEN** has a lien on Debtor(s) Residence located at 509 East Oak Lane, Lake Charles, LA. Debtor(s) shall pay this directly "outside the plan, $328.45 per month.

### II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL.

A. **NONE**

### III. PAYMENTS DISTRIBUTED BY TRUSTEE

A. **ADMINISTRATIVE CLAIMS**

*1.* **ELAINA BORDELON** requests a fee of **$2,800.00**  to be paid from property of the estate.

### B. POST-PETITION MONTHLY MORTGAGE PAYMENTS

1. **NONE**

### C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*

1. **Santander Consumer USA** has a lien on a **2009 Ford Taurus**, valued hereby at **$14,185.07,** will be paid that value with **4.5 %** interest over **54** months, receiving AP payments of **$100.00** for months **1-6,** then

payments of **$327.97** in months **7-54.** Total amortized payment: **$15,696.24.**

2. **Wells Fargo Bank, NA** has a lien on **furniture**, valued hereby at **$300.00,** will be paid that value at **4.5%** interest over **36** months. Total amortized payment: **$321.27.**

**D. OTHER SECURED CREDITORS***
1. **NONE**

* Secured creditors' lien shall remain until secured claim is paid, effective upon discharge. Each of the above secured claims, if allowed, shall be paid the secured value, as set forth above, or the amount of the secured claim filed, whichever is less.

*Any claim with a secured value of $0 shall be treated as a general unsecured claim.

**E. PRIORITY CLAIMS**
1. **NONE**

**F. UNSECURED CLAIMS**
1. **NONDISCHARGEABLE**
a. **NONE**
2. **CO-SIGNED CLAIMS**
b. **NONE**

3. Allowed General Unsecured Undisputed Claims as listed in Schedule F, incorporated herein by reference thereto, and the Bifurcated (Under-secured) portion of secured creditors claims as set forth in section III (C&D) above, or allowed claims filed whether or not listed, estimated to be **$48,064.87**, shall receive a pro rata share of an estimated **_$6,250.00_**, paying approximately **_11.70%_**.

**IV. GENERAL TERMS:**

(A) The effective date of this plan shall be six(6) months after February 27, 2013, the date of filing of the petition.

(B) Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).

(C) Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

        Simon, Fitzgerald, Cooke, Reed & Welch, Attorney's at Law
        1 Lakeshore Drive, Suite 1600
        Lake Charles, LA 70629
        (337) 436-7222- E-mail: khelo@simonfitzgerald.com

        By: ___/s/ *Karl Helo* _____
        Elaina M. Bordelon, #33886
        ATTORNEY FOR DEBTOR(S)

**_Date: June 28, 2013_**